■ LORRAINE MASCIA, Appellant, v CHRISTOPHER T. OLIVIA, M.D., Respondent, et al., Defendants. (Appeal No. 2.) [749 NYS2d 753] —Appeal from a judgment of Supreme Court, Erie County (Mintz, J.), entered November 16, 2000, which dismissed the complaint against defendant Christopher T. Olivia, M.D., upon a verdict of no cause of action.

■ LORRAINE MASCIA, Appellant, v CHRISTOPHER T. OLIVIA, M.D., et al., Defendants, and ZEISS OPTICAL, INC., et al., Respondents. (Appeal No. 3.) [749 NYS2d 753] —Appeal from a judgment of Supreme Court, Erie County (Mintz, J.), entered January 9, 2001, which dismissed the complaint against defendants Zeiss Optical, Inc. and Opto-Systems, Inc. upon a verdict of no cause of action.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Mascia v Olivia* ([appeal No. 1] 299 AD2d 883). Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Kehoe, JJ.